# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

09 JUL 30 AM 9:39

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>AUGUSTIN OJEDA-PLAZA,<br><br>         Defendant. | CASE NO. 09CR2179-L<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) of: Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 29, 2009

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE